UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>QIANA LEE ROUBIDEAUX,<br><br>        Defendant. | No. CR-08-143-EFS<br><br>ORDER GRANTING UNOPPOSED MOTION TO REMOVE CURFEW |

The Defendant having brought an unopposed Motion to modify his conditions of release by removing the curfew;

**IT IS ORDERED** that the Motion **(Ct. Rec. 80)** is **GRANTED**. Defendant's conditions of release are modified to the extent that the curfew requirement is removed.

DATED April 22, 2010.


                        S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO REMOVE CURFEW - 1