# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 3 1 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

United States of America   )
v.                         )   Case No: CR-08-143-EFS
Qiana Lee Roubideaux       )   USM No:  12542-085
                           )
Date of Previous Judgment: 06/08/2010  )   Matthew A. Campbell
(Use Date of Last Amended Judgment if Applicable)  )   Defendants's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgement issued) of ___30___ months **is reduced to** ___19 mos.___ .

Except as provided above, all provisions of the judgment dated 06/08/2010 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 1/30/2012

Judge's signature: /s/ Edward F. Shea

The Honorable Edward F. Shea          Judge, U.S. District Court
Printed name and title

Effective Date: _____
(if different from order date)