PROB 12C
(7/93)

Report Date: June 17, 2013

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 17 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Qiana Lee Roubideaux      Case Number: 2:08CR00143-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 6/2/2010

Original Offense:   Possession with Intent to Distribute 5 Grams or More of a Mixture or Substance Containing Cocaine Base, 21 U.S.C. § 841(a)(1) and (b)(1)(B)

Original Sentence:   Prison - 30 Months;         Type of Supervision: Supervised Release
                     TSR - 48 Months

Asst. U.S. Attorney:   Aine Ahmed              Date Supervision Commenced: 1/31/2012

Defense Attorney:      Matthew Campbell        Date Supervision Expires: 1/30/2016

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.
  | **Supporting Evidence**: On June 16, 2013, Mr. Roubideaux was arrested for second degree assault (strangulation)-DV, in violation of RCW 9A.36.021(G), a class B felony. The alleged victim in the matter is the defendant's wife.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/17/2013

s/Matthew Thompson

Matthew Thompson
Supervising U.S. Probation Officer

Prob12C
Re: Roubideaux, Qiana Lee
June 17, 2013
Page 2

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

6/17/13
Date